Criminal Case Template














COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS








IN RE: JAMES MCKEON,


 Relator.



§


§


§


§


§



No. 08-04-00009-CR


AN ORIGINAL PROCEEDING


IN MANDAMUS



OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator seeks a writ of mandamus to compel the trial court to rule on his pro se
motions. Relator is represented by counsel in the trial court. 

 To obtain mandamus relief in a criminal matter, the relator must establish: (1) the act
sought to be compelled is ministerial, and (2) there is no adequate remedy at law. Dickens
v. Court of Appeals for Second Supreme Judicial Dist., 727 S.W.2d 542, 548 (Tex. Crim.
App. 1987). Because Relator is represented by counsel, the trial court has no duty to rule on
his pro se motions. See Gray v. Shipley, 877 S.W.2d 806, 806 (Tex. App.--Houston [1st
Dist.] 1994, orig. proceeding); Rudd v. State, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel
Op.] 1981). 

 Accordingly, the petition for writ of mandamus is denied.
March 18, 2004


 ______________________________________RICHARD BARAJAS, Chief Justice



Before Panel No. 3 

Barajas, C.J., Larsen, and Chew, JJ. 


(Do Not Publish)